# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5004　　　　　　　　　　　　　　　　　　September Term, 2013

1:13-cv-00851-RJL

Filed On: January 13, 2014 [1474842]

Larry Elliott Klayman, et al.,

    Appellees

    v.

Barack Hussein Obama, et al.,

    Appellants

Lowell C. McAdams, et al.,

    Appellees

## O R D E R

The notice of appeal was filed on January 3, 2014, and docketed in this court on January 9, 2014. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 12, 2014 |
| Docketing Statement Form | February 12, 2014 |
| Entry of Appearance Form | February 12, 2014 |
| Procedural motions, if any | February 12, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 12, 2014 |
| Statement of Issues to be Raised | February 12, 2014 |
| Transcript Status Report | February 12, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | February 12, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | February 27, 2014 |

It is

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5004                                          September Term, 2013

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 12, 2014 |
| Entry of Appearance Form | February 12, 2014 |
| Procedural motions, if any | February 12, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | February 27, 2014 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to send a copy of this order to pro se appellee by certified mail, return receipt requested, and by first class mail.

                                            FOR THE COURT:
                                            Mark J. Langer, Clerk

                              BY:   /s/
                                            Amy Yacisin
                                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases