IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Larry Elliott Klayman, et al., | |
|     Appellees-Cross-Appellants, | |
| v. | |
| Barack Hussein Obama, et al., | Nos. 14-5004, 14-5016 |
|     Appellants-Cross-Appellees, | |
| Lowell C. McAdam, et al. | |
|     Defendants. | |

**STATEMENT OF INTENT AS TO USE OF
DEFERRED JOINT APPENDIX**

The government does not intend to use a deferred joint appendix.

          Respectfully submitted,

          Douglas N. Letter
          (202) 514-3602

          H. Thomas Byron III
          (202) 616-5367

          **/s/ Henry C. Whitaker**
          Henry C. Whitaker
          (202) 514-3180
            Attorneys, Appellate Staff
            Civil Division
            U.S. Department of Justice
            950 Pennsylvania Ave., N.W.
            Room 7256
            Washington, D.C.  20530

FEBRUARY 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                               **/s/ Henry C. Whitaker**
                                               Henry C. Whitaker