IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Larry Elliott Klayman, et al.,

Appellees-Cross-Appellants,

v.

Barack Hussein Obama, et al.,                    Nos. 14-5004, 14-5016

Appellants-Cross-Appellees,

Lowell C. McAdam et al.

Defendants.

**STATEMENT OF ISSUE TO BE RAISED**

Whether the district court erred in entering preliminary injunctive relief against alleged aspects of a government intelligence-gathering program.

Respectfully submitted,

Douglas N. Letter
(202) 514-3602

H. Thomas Byron III
(202) 616-5367

 **/s/ Henry C. Whitaker**

Henry C. Whitaker
(202) 514-3180
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7256
   Washington, D.C.  20530

FEBRUARY 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

**/s/ Henry C. Whitaker**
Henry C. Whitaker