IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Larry Klayman, et. al.<br><br>  Appellees-Cross-Appellants,<br><br>v.<br><br>Barack Hussein Obama, et al.,<br><br>  Appellants-Cross-Appellees. | Nos. 14-5004, 14-5016 |

## APPELLEES' STATEMENT OF ISSUES FOR APPEAL

Pursuant to this Court's Order of January 13, 2014, Appellees Larry Klayman, Charles Strange, and Mary Ann Strange hereby submit the following Statement of Issues to be raised in this proceeding.

1. Whether the Plaintiff-appellees properly pled that Mary Ann Strange uses Verizon and whether the district court inadvertently erred when it denied the Preliminary Injunction with regard to her claims?

2. Whether the district court erred in denying Plaintiff-appellees' Motion for Preliminary Injunction in *Klayman v. Obama*, (D.D.C., No. 13-cv-881) ("*Klayman II"*) which concerns telephonic and internet metadata as well as

1

surveillance under Section 215 of the Patriot Act, 50 U.S.C. § 1861, and Section 702 of the Foreign Intelligence Surveillance Act, 50 U.S.C. § 1881(a)?

Dated: February 14, 2014

                                        Respectfully Submitted,

                                        /s/ *Larry Klayman*
                                        Larry Klayman, Esq.
                                        D.C. Bar No. 334581
                                        2020 Pennsylvania Ave. NW #345
                                        Washington, DC 20006
                                        Tel: (310) 595-0800
                                        Email: leklayman@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully Submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW #345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com