# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5004**  **September Term, 2014**

1:13-cv-00851-RJL
1:13-cv-00881-RJL

**Filed On:** December 8, 2014

Larry Elliott Klayman, et al.,

    Appellees

    v.

Barack Hussein Obama, et al.,

    Appellants

Roger Vinson,

    Appellee

------------------------------

Consolidated with 14-5005, 14-5016, 14-5017

    **BEFORE:**    Brown, Circuit Judge, and Williams and Sentelle, Senior Circuit Judges

### O R D E R

Upon consideration of appellees/cross-appellants' motion to order appellants/cross-appellees to correct the record, it is

**ORDERED** that the motion be denied.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
             Michael C. McGrail
             Deputy Clerk